

**ORDERED in the Southern District of Florida on November 6, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**

In re:

**SCOTT D. FUHRIMAN**

    Debtor.
_____/

**BEVERLY LIPPMANN**

    Plaintiff,

v.

**SCOTT D. FUHRIMAN**

    Defendant.
_____/

Case Number: 19-16396-RAM
Chapter 7

Adv. Proc. No. 19-01321-RAM

**DEFAULT FINAL JUDGMENT IN FAVOR OF PLAINTIFF**

In accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment against Defendant, Scott D. Fuhriman, it is hereby

**ORDERED AND ADJUDGED**:

1. Judgment is entered in favor of the Plaintiff, Beverly Lippmann and against the Defendant, Scott D. Fuhriman.

2. The relief sought in Counts I, II, and II of the Complaint is **GRANTED.**

3. The debt owed by Defendant, Scott D. Fuhriman to the Plaintiff, Beverly Lippmann by virtue of that Default Final Judgment entered in the District Court of the Third Judicial Circuit in and for Salt Lake County, State of Utah, *Beverly Fuhriman n/k/a Beverly Lippmann v. Scott Darvel Fuhriman,* Case No. 110901104, is **NON-DISCHARGABLE** pursuant to 11 U.S.C. §§523(a)(4), 523(a)(6), and 523(a)(15).

4. The Court reserves jurisdiction to enter any further Orders or take further action that may be necessary in connection with this matter.

###

Copy to:
Timothy S. Kingcade, Esq.
Attorney Kingcade is hereby directed to serve a copy of this order on all interested parties immediately upon receipt.