Form CGFD62 (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:** 19–16396–RAM         **Adversary Number:** 19–01321–RAM

In re:

**Name of Debtor(s):** Scott D Fuhriman

_____/

**Beverly Lippmann**

Plaintiff(s)

**VS.**

**Scott D Fuhriman**

Defendant(s)

_____/

# NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled **Default Final Judgment** (copy attached) was entered on the docket on **11/6/2019** .

**Dated: 11/6/19**                                             **CLERK OF COURT**
                                                                          By: Sheila Skinner–Grant
                                                                          Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on all interested parties.